**FILED**

MAR 10 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Mag. No. 08-MJ-0079 EFB |
| Plaintiff, | ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |
| v | |
| GUSTAVO BANUELOS, | |
| Defendant. | |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 08-MJ-0079 EFB be, and is, hereby ordered **UNSEALED**.

DATED: 3-7-08

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE